MEMORANDUM OPINION




No. 04-07-00077-CR



Matthew Ambrose HISEY,


Appellant



v.



The STATE of Texas,


Appellee



From the 198th Judicial District Court, Kerr County, Texas


Trial Court No. B05-359


Honorable E. Karl Prohl, Judge Presiding



Opinion by: Phylis J. Speedlin, Justice


Sitting: Alma L. López, Chief Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: October 10, 2007


AFFIRMED

 Matthew Ambrose Hisey entered a plea of guilty to the offense of felony theft and was
granted deferred adjudication and placed on community supervision. Thereafter, and during the
period of supervision, the State filed a motion to revoke based on the ground that Hisey committed
a new felony theft offense while on community supervision. The case was called to trial and after
hearing the evidence, the trial court adjudicated Hisey guilty of felony theft and sentenced him to two
years in the Texas Department of Criminal Justice-Institutional Division. This appeal resulted. 
After reviewing the record, we affirm.

 Hisey's court-appointed appellate attorney filed a brief containing a professional evaluation
of the record and demonstrating that there are no arguable grounds to be advanced on appeal. 
Counsel concludes that the appeal is without merit. The brief meets the requirements of Anders v.
California, 386 U.S. 738 (1967). A copy of counsel's brief was delivered to Hisey, who was advised
of his right to examine the record and to file a pro se brief. No pro se brief has been filed. 

 We have reviewed the record and counsel's Anders brief. We agree that the appeal is
frivolous and without merit. The judgment of the trial court is affirmed. Appellate counsel's motion
to withdraw is granted. See Nichols v. State, 954 S.W.2d 83, 86 (Tex. App.--San Antonio 1997, no
pet.); Bruns v. State, 924 S.W.2d 176, 177 n.1 (Tex. App.--San Antonio 1996, no pet.).


 Phylis J. Speedlin, Justice



Do Not Publish